LAW OFFICES OF JEFFREY S. HOFFMAN
JEFFREY S. HOFFMAN ESQ  -  SBN: 71240
16250 Ventura Blvd., #202
Encino, CA  91436
(800) 756-5977
(800) 756-6561 fax

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO  DIVISION

| | |
|---|---|
| In re:<br><br>Janet Tate,<br><br>        Debtor. | Case No. 1:11-bk-14461-VK<br><br>Chapter 13<br><br>**NOTICE OF AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, LISTS, STATEMENTS, AND ALL OTHER REQUIRED DOCUMENTATION** |

TO THE COURT, the Chapter Thirteen Trustee and all other interested parties;

PLEASE TAKE NOTICE that Debtor, JANET TATE, hereby applies for an Order extending time to file her schedules, lists, statements, and all other required documentation and in support thereof, the Debtor respectfully sets forth the following:

1

Motion for Order Extending Time To file Schedules

## BACKGROUND

On April 11, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

The Debtor did not, at that time, file certain other papers and documentation required by Bankruptcy Rule 1007.

The Debtor received notice to file said documents within fourteen days of the Petition Date or timely file a motion to extend the time to file said documents.

The Debtor seeks additional time to file all necessary schedules, lists, statements, and all other required documentation**s**.

The Court has jurisdiction over this request pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicate for the relief sought herein is Rule 1007(c) of the Federal Rules of Bankruptcy Procedure.

Notice of this application has been given to the Office of the United States Trustee, and Debtor respective primary secured creditors.

## RELIEF REQUESTED AND BASIS THEREFORE

Debtor requests an extension of fourteen (14) additional days (through May 9th) to file said required documents and that said request be granted without prejudice to her right to seek any further extension(s) from this Court, or to seek a waiver of the requirement for filing certain documents.

1  The Debtor respectfully submits that the Court may enter an Order regarding the
2  relief requested without further notice, or hearing.

5  WHEREFORE, the Debtor respectfully requests that the Court enter an Order
6  pursuant to Bankruptcy Rule 1007(c) extending the time for the Debtor to file the
7  required documents and/or grant such other relief the Court may deem appropriate and
8
9  just.

   Respectfully submitted this 25th of April 2011

                                                    /S/ Jeffrey S. Hoffman
                                                    ─────────────────────
                                                    Jeffrey S. Hoffman,
                                                    Attorney for Debtors

**PROOF OF SERVICE**

I, David Park, declare:

     I am over the age of 18 years and not a party to the within action or proceeding. My business address is in the city of Los Angeles, County of Los Angeles, State of California.

     On April 25, 2011, I served a true copy of the foregoing:

**NOTICE OF AND MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, LISTS, STATEMENTS, AND ALL OTHER REQUIRED DOCUMENTATION**

¨    E-mail: By transmitting said document(s) via e-mail before 5:00 p.m. on this date to the e-mail address(es) set forth below. The transmission was reported as complete and without error.

¨    Facsimile: By transmitting said document(s) via facsimile before 5:00 p.m. on this date to the fax number(s) set forth below. The transmission was reported as complete and without error.

■    By Mail: By placing said document(s) in a sealed envelope, with postage thereon fully prepaid, addressed as set forth below, and on this date depositing said envelope in the United States mail at Los Angeles County, California. I am aware that on motion of the party served, service by mail is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth herein.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct; and this Proof of Service was executed March 17, 2011, at Los Angeles, California.

                                                                /S/ David Park
                                                               David Park

| | |
|---|---|
| 1 | CitiMortgage, Inc. |
| 2 | P.O. Box 6006 |
|   | The Lakes, NV 88901 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |